

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-34,095-24

**EX PARTE ANTONIO SEPEDA, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 10CR0038-83-2 IN THE 405TH DISTRICT COURT
## FROM GALVESTON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of violating a protective order and sentenced to eight years' imprisonment.

In a single ground, Applicant contends that the Board of Pardons and Paroles' written notice of its decision not to release him to parole violates due process. *See* TEX. GOV'T CODE § 508.1411. We order that this application be filed and set for submission to determine the following questions: (1) whether an applicant who contends that under § 508.1411 the Board of Pardons and Paroles' written notice violates the Due Process Clause of the United States Constitution has an adequate

remedy on habeas when there is not a presumption of release to parole;[1] (2) assuming for the sake of argument that an applicant does have an adequate remedy on habeas, whether § 508.1411 implicates due process and the written notice provided by the Board of Pardons and Paroles satisfies due process; and (3) whether an application for a writ of mandamus is the proper remedy for such claims. The parties shall brief these issues.

The trial court shall determine whether Applicant is indigent. If he is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent him. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 30 days of the date of this order, a supplemental transcript containing either the order appointing counsel or a statement that Applicant is not indigent. All briefs shall be filed with this Court within 60 days of the date of this order.

Filed: January 27, 2016
Do not publish

---

[1] *See Ex parte Geiken*, 28 S.W.3d 553, 558 (Tex. Crim. App. 2000); TEX. GOV'T CODE § 508.141(a).